# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GARAPOLO, JOSEPH M § Case No. 12-82142
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/10/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____    By: ___/s/ STEPHEN G. BALSLEY_____
                                    Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GARAPOLO, JOSEPH M  § Case No. 12-82142
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 8,250.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 8,240.00 |
| **Balance on hand:** | $ 8,240.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,240.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,575.00 | 0.00 | 1,575.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,600.00 | 0.00 | 2,600.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 4,468.00 |
| Remaining balance: | $ 3,772.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,772.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,772.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,999.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,351.69 | 0.00 | 820.35 |
| 2 | MAXIMUS COLLECTIONS as assignee of US BANK NA, ND | 0.00 | 0.00 | 0.00 |
| 3 | MAXIMUS COLLECTIONS as assignee of US BANK NA, ND | 24,361.26 | 0.00 | 2,137.03 |
| 4 | Asset Acceptance LLC assignee GEMB/MEIJER | 9,286.37 | 0.00 | 814.62 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,772.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Case 12-82142    Doc 49    Filed 02/07/14    Entered 02/09/14 23:33:11    Desc Imaged
Certificate of Notice    Page 5 of 7

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:     $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:     $     0.00

Prepared By:  /s/STEPHEN G. BALSLEY
                       Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-82142-TML
Joseph M Garapolo                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3         User: lorsmith            Page 1 of 2              Date Rcvd: Feb 07, 2014
                             Form ID: pdf006           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2014.
```
db          #+Joseph M Garapolo,    640 Leah Lane,    Woodstock, IL 60098-7125
19466516     +Asset Acceptance LLC assignee  GEMB/MEIJER,    PO Box 2036,    Warren, MI 48090-2036
18978166      Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
18978169    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
               Po Box 20363,    Kansas City, MO 64195)
18978167     +Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
18978168     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18978170     +Citizens Bank,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms Rjw-135,
               Warwick, RI 02886-1321
18978173     +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave. Se,
               Grand Rapids, MI 49546-6253
18978176     +Hsbc/bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
19336108     +MAXIMUS COLLECTIONS as assignee of US BANK NA, ND,    Franks Gerkin & McKenna PC,
               19333 East Grant Highway,    Marengo IL 60152-8234
18978177     +Oak Trust Cu,    70 E Lake,    Chicago, IL 60601-5959
18978172    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,    Po Box 790084,    Saint Louis, MO 63179)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18978165     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 08 2014 00:58:15     Asset Acceptance Llc,
               Attention: Bankruptcy,    Po Box 2036,    Warren, MI 48090-2036
19366677      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2014 01:28:05     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18978171     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2014 01:28:05     Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18978174     +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2014 01:02:32     Gemb/meijer Dc,    Attn: GEMB,
               Po Box 103104,    Roswell, GA 30076-9104
18978175     +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2014 01:01:59     Gemb/walmart,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18978178*   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Unvl/citi,    Attn.: Centralized  Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
18978179*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 790408,    Saint Louis, MO 63179)
18978180*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Feb 07, 2014
                              Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2014 at the address(es) listed below:

```
          Darron  Burke    on behalf of Debtor Joseph M Garapolo rockford@jordanpratt.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Rebecca A Lamm    on behalf of Creditor    MAXIMUS COLLECTIONS as assignee of US BANK, N.A., N.D.
           rlamm@fgmlaw.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,    IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,    IL47@ecfcbis.com
          Tiffany  Rodriguez    on behalf of Plaintiff Stephen G. Balsley trodriguez@bslbv.com
                                                                                             TOTAL: 6
```