# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GARAPOLO, JOSEPH M　　　　　　　　　§　Case No. 12-82142
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $32,750.00　　　　　　　　Assets Exempt: $24,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,772.00　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $39,353.32

Total Expenses of Administration: $4,478.00

---

　　　3) Total gross receipts of $　　8,250.00　　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　　0.00　　(see **Exhibit 2**), yielded net receipts of $8,250.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 12-82142    Doc 51    Filed 06/04/14    Entered 06/04/14 14:32:45    Desc Main
Document    Page 2 of 7

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $13,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,792.50 | 4,478.00 | 4,478.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,448.00 | 67,360.58 | 42,999.32 | 3,772.00 |
| **TOTAL DISBURSEMENTS** | $31,448.00 | $75,153.08 | $47,477.32 | $8,250.00 |

4) This case was originally filed under Chapter 7 on May 31, 2012. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/16/2014          By: /s/STEPHEN G. BALSLEY
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking account w/ 5/3rd Bank | 1129-000 | 8,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,250.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Us Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 4110-000 | 13,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$13,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,575.00 | 1,575.00 | 1,575.00 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 5,914.50 | 2,600.00 | 2,600.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $7,792.50 | $4,478.00 | $4,478.00 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,546.00 | 9,351.69 | 9,351.69 | 820.35 |
| 2 | MAXIMUS COLLECTIONS as assignee of US BANK NA, ND | 7100-000 | N/A | 24,361.26 | 0.00 | 0.00 |
| 3 | MAXIMUS COLLECTIONS as assignee of US BANK NA, ND | 7100-000 | N/A | 24,361.26 | 24,361.26 | 2,137.03 |
| 4 | Asset Acceptance LLC assignee GEMB/MEIJER | 7100-000 | 8,776.00 | 9,286.37 | 9,286.37 | 814.62 |
| NOTFILED | Unvl/citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Fifth Third Bank Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/meijer Dc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/walmart | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Oak Trust Cu | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/bsbuy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Elan Financial Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Caine & Weiner | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa Citicorp Credit Services/Attn: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,448.00 | $67,360.58 | $42,999.32 | $3,772.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82142  
**Case Name:** GARAPOLO, JOSEPH M  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/31/12 (f)  
**§341(a) Meeting Date:** 07/02/12  

**Period Ending:** 05/16/14  
**Claims Bar Date:** 11/23/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  checking account w/ 5/3rd Bank<br>  Debtor filed an Amended Schedule C on 6-12-12 claiming an additional $8,250.00 as exempt. Trustee filed an Objection to Exemption. See Order entered 9-12-12. | 11,700.00 | 8,250.00 | | 8,250.00 | FA |
| 2  older household furniture & personal belongings | 500.00 | 0.00 | | 0.00 | FA |
| 3  necessary wearing apperal | 200.00 | 0.00 | | 0.00 | FA |
| 4  watch | 50.00 | 0.00 | | 0.00 | FA |
| 5  employer provided term life policy - no cash val | 0.00 | 0.00 | | 0.00 | FA |
| 6  401K | 20,000.00 | 0.00 | | 0.00 | FA |
| 7  2008 Chevrolet 1500 Truck | 12,000.00 | 0.00 | | 0.00 | FA |
| 7  Assets  Totals (Excluding unknown values) | **$44,450.00** | **$8,250.00** | | **$8,250.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 1, 2013     **Current Projected Date Of Final Report (TFR):**   January 21, 2014  (Actual)

Printed: 05/16/2014 12:55 PM     V.13.15

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-82142 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | GARAPOLO, JOSEPH M | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6666 - Checking Account |
| Taxpayer ID #: | **-***2014 | | Blanket Bond: | $736,000.00  (per case limit) |
| Period Ending: | 05/16/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/13 | {1} | Joseph Garapolo | non-exempt funds in bank account | 1129-000 | 8,250.00 | | 8,250.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,240.00 |
| 03/10/14 | 101 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 7,947.00 |
| 03/10/14 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,600.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,600.00 | 5,347.00 |
| 03/10/14 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,575.00, Trustee Compensation;  Reference: | 2100-000 | | 1,575.00 | 3,772.00 |
| 03/10/14 | 104 | Discover Bank | Dividend paid  8.77% on $9,351.69; Claim# 1; Filed: $9,351.69; Reference: | 7100-000 | | 820.35 | 2,951.65 |
| 03/10/14 | 105 | MAXIMUS COLLECTIONS as assignee of US BANK NA, ND | Dividend paid  8.77% on $24,361.26; Claim# 3; Filed: $24,361.26; Reference: | 7100-000 | | 2,137.03 | 814.62 |
| 03/10/14 | 106 | Asset Acceptance LLC assignee GEMB/MEIJER | Dividend paid  8.77% on $9,286.37; Claim# 4; Filed: $9,286.37; Reference: | 7100-000 | | 814.62 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,250.00 | 8,250.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,250.00 | 8,250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,250.00 | $8,250.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6666 | 8,250.00 | 8,250.00 | 0.00 |
| | $8,250.00 | $8,250.00 | $0.00 |

{} Asset reference(s)